# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-80699-ZLOCH

INTRA-LOCK INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,

v.

STERNGOLD DENTAL, LLC
a Delaware limited liability company,

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF INTRA-LOCK INTERNATIONAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW INADVERTENTLY FILED DE 23 AND REQUEST FOR ONE DAY ENLARGEMENT OF TIME TO DEEM DE 24, PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO STERNGOLD DENTAL, LLC.'S AMENDED COUNTERCLAIMS TIMELY FILED**

THIS CAUSE, having come before the Court upon Plaintiff Intra-Lock International, Inc.'s Unopposed Motion for Leave to Withdraw Inadvertently filed DE 23 and Request for One Day Enlargement of Time to Deem DE 24, Plaintiff's Answer and Affirmative Defenses to Sterngold Dental, LLC's Amended Counterclaims (DE 17) Timely Filed, and the Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

1. Plaintiff Intra-Lock International, Inc.'s Unopposed Motion for Leave to Withdraw Inadvertently filed DE 23 and Request for One Day Enlargement of Time to Deem DE 24, Plaintiff's Answer and Affirmative Defenses to Sterngold Dental, LLC's Amended Counterclaims Timely Filed is GRANTED;

2. Plaintiff's inadvertently filed Answer and Affirmative Defenses to Sterngold's Counterclaims (DE 23) is hereby withdrawn and stricken from the record; and,

3. Plaintiff's Answer and Affirmative Defenses to Sterngold's Amended Counterclaims (DE 24) is deemed timely filed.

DONE and ORDERED in Chambers at Fort Lauderdale, Florida, this ____ day of _____, 2016.

_____
**WILLIAM J. ZLOCH**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record