UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:16-CV-80699-WJZ

INTRA-LOCK INTERNATIONAL, INC.,
a Florida corporation,

        Plaintiff and Counterclaim Defendant,

v.

STERNGOLD DENTAL, LLC,
a Delaware limited liability company,

        Defendant and Counterclaim Plaintiff.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Intra-Lock International, Inc. and Defendant, Sterngold Dental, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' Settlement Agreement, hereby stipulate to the dismissal of this action and all claims made by the parties in this action *with* prejudice.  Each party agrees to bear its own attorney's fees and costs.

Respectfully submitted,

Date:   January 27, 2017                    Date:   January 27, 2017

By    */s/ Richard W. Hoffmann*              By    */s/ Richard Guerra*
      RICHARD W. HOFFMANN (P42352)                RICHARD GUERRA, ESQ.
      *(Admitted PHV)*                            Florida Bar ID No. 689521
      ERIC T. JONES (P51470)                      MCDONALD HOPKINS LLC
      *(Admitted PHV)*                            200 Southeast Biscayne Blvd.,
      REISING ETHINGTON PC                        Suite 2600
      755 W. Big Beaver Road, Suite 1850          Miami, Florida  33131
      Troy, Michigan 48084                        Telephone:  305-704-3990
      Telephone:  248-689-3500                    Facsimile:  305-704-3999
      Facsimile:  248-689-4071                    E-mail: rguerra@mcdonaldhopkins.com
      E-mail:  hoffmann@reising.com
                  jones@reising.com

      SUZANNE BARTO HILL                          MICHAEL C. CESARANO, Esq.
      Florida Bar ID No. 0846694                  MICHAEL C. CESARANO, P.A.
      RUMBERGER, KIRK & CALDWELL                  2665 South Bayshore Drive
      A Professional Association                  Suite 220
      300 South Orange Avenue (32801)             Coconut Grove, Florida 33133
      Post Office Box 1873                        Telephone:  305-778-5155
      Orlando, Florida 32802-1873                 E-mail: mccesarano@yahoo.com
      Telephone:  407-872-7300
      Facsimile:  407-841-2133
      E-mail:  shill@rumberger.com

      *Counsel for Plaintiff*                     *Counsel for Defendant Sterngold Dental,*
      *Intra-Lock International, Inc.*            *LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January 2017, the foregoing document was filed electronically via the Court's CM/ECF system in compliance with Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.


            */s/ Richard Guerra*
            RICHARD GUERRA